```
                                    U.S. DISTRICT COURT
                                    N.D. OF N.Y.
                                    [    ] FILED

                                    APR 2 - 1993
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK      GEORGE A. RAY, Clerk
                                   ALBANY

UNITED STATES OF AMERICA,    :
                             :         **SUPERSEDING**
        v.                   :         **INDICTMENT**
                             :
LUIS URIEL LOPEZ-MALFITANO   :     Criminal No. 93-CR-61 CGC
                             :
        Defendant.           :     VIO: 21 U.S.C. §§ 953, 960 & 963
                             :          18 U.S.C. §§ 371
                             :          31 U.S.C. §§ 5316 & 5322
                                   [2 Counts]

```
                        I CERTIFY THAT
                        THIS IS A TRUE COPY
                        GEORGE A. RAY
                        CLERK, U.S. DISTRICT COURT
                        BY W. Lindskoog
                        4/29/93    DEPUTY
```

## COUNT I

THE GRAND JURY CHARGES:

That commencing on or before January 1, 1993, the exact date being unknown to the grand jury, and continuing to the date of this indictment, at or near Champlain, in the State and Northern District of New York, and elsewhere, **LUIS URIEL LOPEZ-MALFITANO**, the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with **ERNEST NUGENT** and with others, to commit the following offense against the United States: to knowingly export at one time from a place within the United States to Canada, a place outside the United States, a compound, mixture or preparation which contained a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 953 and 960. The amount of cocaine involved in this conspiracy exceeded five kilograms.

In violation of Title 21, United States Code, Section 963.

## COUNT II

THE GRAND JURY FURTHER CHARGES:

That commencing on or before February 2, 1993, the exact date being unknown to the grand jury, and continuing to the date of this

indictment, at or near Champlain, in the State and Northern District of New York, and elsewhere, **LUIS URIEL LOPEZ-MALFITANO**, the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with **ERNEST NUGENT** and with others, to commit the following offense against the United States: to knowingly transport at one time to a place within the United States from Canada, a place outside the United States, monetary instruments in an amount exceeding Ten Thousand Dollars ($10,000.00), to wit, United States currency in the amount of $109,500, more or less, and to willfully fail to file a report regarding such transportation as required by Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Sections 5316 and 5322.

In furtherance of the conspiracy and to accomplish the objects thereof, the defendant did knowingly commit the following overt acts, among others:

### OVERT ACTS

1. On or about February 8, 1993, at or near Champlain, in the State and Northern District of New York, **ERNEST NUGENT** answered "no" to question 10 of a Customs declaration which stated "I am/we are carrying currency or monetary instruments over $10,000 U.S. or foreign equivalent."

2. On or about February 8, 1993, at or near Champlain, New York, **Ernest Nugent** did transport from Canada to the United States the sum of $109,500 hidden in a Flamingo Fried Chicken box.

3. On or about February 9, 1993, **Ernest Nugent** did travel to

2

Lodi, New Jersey.

4. On or about February 9, 1993, at or near Lodi, New Jersey, **LUIS URIEL LOPEZ-MALFITANO**, the defendant herein, did state that he was there to pick up the money.

5. On or about February 10, 1993, at or near Lodi, New Jersey, **LUIS URIEL LOPEZ-MALFITANO**, the defendant herein, did pay **ERNEST NUGENT** the amount of $5,000.

In violation of Title 18, United States Code, Section 371.

A TRUE BILL,

*Robert L. Beelun* (signature)

FOREPERSON OF THE GRAND JURY

GARY L. SHARPE
UNITED STATES ATTORNEY

By: *William C. Pericak* (signature)
William C. Pericak
Assistant U.S. Attorney

3